IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| STEVEN MICHAEL SELF,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT GALLAGHER, et al.,<br><br>Defendants. | **ORDER DISMISSING CASE**<br><br>Case No: 2:04-CV-1090 PGC<br><br>District Judge Paul G. Cassell<br><br>Magistrate Judge David Nuffer |

Rule 4 of the Federal Rules of Civil Procedure requires that service of the complaint be made upon the defendants within 120 days after the filing of the complaint. This case was filed November 29, 2004. However, Plaintiff has neither served the complaint upon the defendants nor taken any other action to prosecute the case.

On February 27, 2006, the Court issued an Order to Show Cause[1] why the case should not be dismissed for failure to prosecute. Plaintiff was instructed to respond on or before March 31, 2006. In addition, he was warned that failure to file a timely response would result in dismissal of the case. To date, Plaintiff has not filed a response.

---

[1] Docket no. 4, filed February 27, 2006.

## ORDER

Therefore, IT IS HEREBY ORDERED that the case be dismissed for failure to prosecute.[2]

April 10, 2006.

BY THE COURT:

_____
Paul G. Cassell
U.S. District Judge

---

[2]*See United States ex rel. Jimenez v. Health Net, Inc.*, 400 F.3d 853 (10th Cir. 2005).